# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO V.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Kilolo KIJAKAZI, Commissioner of Social Security,<br><br>　　　　　　　　　　　Defendant. | Case No.: 22-cv-0004-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND (ECF 8)** |

　　　The parties' joint motion under 42 U.S.C. § 405(g) to remand this case to the Social Security Administration is **GRANTED**. This case is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the joint motion. The Court also directs the Clerk of Court to enter judgment in favor of plaintiff.

Dated: May 26, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge