UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO V., <br><br> Plaintiff, <br><br> v. <br><br> Kilolo KIJAKAZI, <br><br> Defendant. | Case No.: 22-cv-0004-AGS <br><br> **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES AND EXPENSES (ECF 11)** |

The parties' joint motion for fees and costs under the Equal Access to Justice Act is **GRANTED.** Plaintiff is awarded fees and expenses in the amount of $1,609.79 as authorized by 28 U.S.C. § 2412(d), and no costs. The award shall be dispensed per the terms of the unopposed motion.

Dated: July 15, 2022

_____
Hon. Andrew G. Schopler
United States Magistrate Judge